IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUSUF WASHINGTON,  :  No. 3:25cv533
  :
    Plaintiff  :  (Judge Munley)
  :
  v.  :
  :
C.O. BLOMMEL, et al.,  :
  :
    Defendants  :

## ORDER

**AND NOW**, to wit, this 6 day of January 2026, upon consideration of defendants' Rule 12(b) motion (Doc. 20) to partially dismiss the complaint, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion (Doc. 20) is **GRANTED** in part and **DENIED** in part.

2. The motion to dismiss the Fourteenth Amendment due process claim against Warren, Hickok, and Wiederhold is **DENIED**.

3. The motion to dismiss the conspiracy claim, First Amendment access to the courts claim, Eighth Amendment claim regarding a choice between exercise time and law library time, First Amendment retaliation claim, and Fifth Amendment claim is **GRANTED**. The First Amendment access to the courts claim, Eighth Amendment claim regarding a choice between exercise time and law library time, First Amendment retaliation claim, and Fifth Amendment claim are **DISMISSED** with prejudice and without leave to amend. The

conspiracy claim is **DISMISSED** without prejudice and with leave to amend.

4. On or before January 20, 2026, plaintiff may file an amended complaint only as to his Section 1983 conspiracy claim against Blommel, Valinsky, Gomonda, and Adamcik. If plaintiff does not timely file an amended complaint, plaintiff's inaction will be deemed as a desire to abandon the conspiracy claim, and this order dismissing the conspiracy claim without prejudice will result in a dismissal with prejudice without further order of court.

5. Defendants shall **FILE** an answer to all remaining claims on or before January 26, 2026.

6. Discovery shall be completed on or before March 6, 2026. In accordance with Local Rule of Court 5.4(b), the parties shall refrain from filing discovery requests with the court.

7. On or before January 20, 2026, the parties shall **NOTIFY** the court of whether they are amenable to mediation.

8. On or before January 20, 2026, the parties shall **NOTIFY** the court of their willingness to consent to the jurisdiction of a United States Magistrate Judge. See 28 U.S.C. § 636(c).

9. Dispositive motions shall be filed on or before February 4, 2026.

10. No extensions of the pre-trial schedule shall be granted absent good cause. See Fed. R. Civ. P. 16(b).

11. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

12. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

13. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

*[signature]*

JUDGE JULIA K. MUNLEY
United States District Court