IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUSUF WASHINGTON, | : | No. 3:25cv533 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| C.O. BLOMMEL, et al., | : | |
| Defendants | : | |

ORDER

**AND NOW**, to wit, this 19 day of February 2026, upon consideration of defendants' (Doc. 33) for reconsideration, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The motion (Doc. 33) for reconsideration is **GRANTED**, and the portion of the court's January 6, 2026 memorandum and order (Docs. 30, 31) denying defendants' motion to dismiss the Fourteenth Amendment due process claim is **VACATED**.

2. The motion (Doc. 20) to dismiss the Fourteenth Amendment due process claim is **GRANTED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4.     Any appeal from this order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court